```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

**MONTE WHITE**                                              **CIVIL ACTION**

**VERSUS**                                                   **NO. 05-3667**

**BURL CAIN, WARDEN**                                        **SEC. "B" (3)**


                              ORDER

After considering the record, applicable law, the instant petition for §2254 habeas relief, the Magistrate Judge's Report and Recommendation, and petitioner's objections to same, **IT IS ORDERED** that:

(1) Petitioner's objections, Rec. Doc. 39, are hereby **OVERRULED** for lack of factual or legal basis to warrant federal habeas relief;

(2) The Magistrate Judge's Report and Recommendation are supported by the state court record and applicable law and thereby **ADOPTED;**

(3) Accordingly, the petition for habeas corpus relief is **DISMISSED** on the merits.

New Orleans, Louisiana, this 2nd day of November, 2007.

                                        _____
                                           IVAN L.R. LEMELLE
                                        UNITED STATES DISTRICT JUDGE